IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE KALANI ENGLISH,<br><br>Defendant. | CR No. 22-00012 DKW<br><br>**ORDER OF RECUSAL** |

## ORDER OF RECUSAL

To avoid a conflict of interest, the appearance of impropriety, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.

DATED: February 8, 2022 at Honolulu, Hawai'i.



 /s/ Derrick K. Watson  
Derrick K. Watson  
United States District Judge