WARNING: THIS DOCUMENT FILED UNDER SEAL PURSUANT TO CRIMINAL RULE 32(j)

RICHARD H.S. SING  #6416
Law Office of Richard H.S. Sing
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, HI 96813
T: (808) 537-1529
F: (808) 523-9137
E-Mail: ricksing@hawaii.rr.com



**SEALED BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII  cc
May 31, 2022, 3:42 pm
Pam Hartman Beyer, Clerk of Court

Attorney for Defendant
JAMIE KALANI ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JAMIE KALANI ENGLISH,  Defendant. | CR NO. 22-00012SOM-01  **DEFENDANT J KALANI ENGLISH'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE**  JUDGE: HON. SUSAN MOLLWAY  SENTENCING HEARING: JULY 5, 2022 |

## DEFENDANT J. KALANI ENNGLISH'S SENTENCING STATEMENT

NOW COMES Defendant, J. KALANI ENGLISH, by and through undersigned counsel, and hereby respectfully submits his sentencing statement.

## I. INTRODUCTION.

On February 15, 2022, pursuant to a plea agreement, Defendant J. Kalani English entered a plea of guilty to a one-count felony Information filed February 8, 2022, in the above-entitled case.

Pursuant to Criminal Local Rule 32.1(g) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Mr. English herewith submits his Sentencing Statement in response to the Draft Presentence Report (also referred to hereinafter as the "Draft PSR"), prepared by the United States Probation Office on 5/17/22.

## II. DEFENDANT'S RESPONSES AND OBJECTIONS

### A. PARAGRAPH 64

The correct spelling of Defendant's biological mother is Amy Luana English.

### C. PARAGRAPH 36

Probation correctly points out in footnote #1 the fraud proceeds should total $13,305.00 and not $15,305. Counsel believes this is due to a mathematical error by counsel and the government. Counsel and the government had previously agreed to a forfeiture amount of $15,305.00, although this amount now seems incorrect. Given the situation, the Defense and the Government may come to a further

agreement, but counsel is unsure at this time. This original amount has already been paid pursuant to the plea agreement.

    D.    <u>PARAGRAPH 82, NOTE C</u>

The fourth full sentence of Note C states "The defendant's CBR reflects that the property is encumbered by a mortgage loan from ASB, with a remaining balance of $372,818.00 and a monthly payment of $3,400.00." This is incorrect as to this property. Counsel believes that this is a typographical error as the identical sentence appears in Note E and is related to a different property. Counsel believes that Note E is correct, and the mortgage applies to that property, and not to the property described in Note C.

    E.    <u>PARAGRAPH 82</u>

Counsel believes that the financial information contained here is correct (except Note C as noted above). However, since the providing of this information to U.S. Probation, the information relating to investments and retirement accounts have substantially decreased (as much as 30%). Counsel may ask to provide updated financial information as to these assets.

DATED at Honolulu, Hawaii, May 31, 2022.

*/s/ Richard H.S. Sing*
RICHARD H.S. SING
Attorney for Defendant
J. KALANI ENGLISH

## CERTIFICATE OF SERVICE

I, RICHARD H.S. SING, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on May 31, 2022:

> Mr. Ken Sorensen, Esq.
> Assistant United States Attorney
> PJKK Federal Building
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, Hawaii  96813
> Attorney for Plaintiff
> UNITED STATES OF AMERICA
>
> Ms. Darcie Ing-Dodson
> U.S. Probation Officer
> U.S. Courthouse
> 300 Ala Moana Boulevard, Suite 2300
> Honolulu, Hawaii  96813

DATED: Honolulu, Hawaii, May 31, 2022.

_____
RICHARD H.S. SING
Attorney for Defendant