CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
MICAH SMITH
MICHAEL F. ALBANESE #9421
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov
    Micah.Smith@usdoj.gov
    Michael.Albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL - 5 2022

at 2 o'clock and 25 min. P M
CLERK, U.S. District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00012 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | AMENDED ORDER OF FORFEITURE |
| vs. | ) ) | (MONEY JUDGMENT) |
| JAMIE KALANI ENGLISH, | ) ) | |
| Defendant. | ) ) | |

AMENDED ORDER OF FORFEITURE (MONEY JUDGMENT)

WHEREAS, an Information was filed on February 8, 2022, charging defendant Jamie Kalani English (the "defendant") with honest services wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1346, and providing notice that, upon conviction, the government would seek forfeiture; and

WHEREAS, on February 15, 2022, pursuant to a Memorandum of Plea Agreement, the defendant pleaded guilty to the Information; and

WHEREAS, on February 18, 2022, this Court entered an Order of Forfeiture (Money Judgment) against the defendant in which a money judgment in the amount of $15,305, which reflected the amount of the proceeds defendant obtained as a result of committing the offense charged in the Information (the "Initial Order of Forfeiture"); and

WHEREAS, on or about March 22, 2022, the defendant paid the United States $15,305 by official bank check in satisfaction of the money judgment contained in the Initial Order of Forfeiture Order; and

WHEREAS, it was subsequently discovered that due to a clerical error, the amount of the money judgment contained in Initial Order of Forfeiture was incorrect and should have been $13,305 rather than $15,0305

WHEREAS, the parties agree that the correct amount of the money judgment should be $13,305, and that pursuant to Rule 36 of the Federal Rules of

Criminal Procedure, the Court should amend the Initial Order of Forfeiture Order reflect a money judgment in the correct amount of $13,305; and

WHEREAS, the parties further agree that the defendant's payment of $15,305 on or about March 22, 2022, to satisfy the Initial Forfeiture Money Judgment constituted an overpayment of $2,000 that should be returned to the defendant;

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The erroneous amount of the money judgment that was included in the Initial Order of Forfeiture was clerical in nature, and did not prejudice the defendant or any potential third-party claimants.

2. The Initial Order of Forfeiture, entered herein on February 18, 2022 (ECF No. 9), is hereby amended to correct the above-described erroneous amount of the money judgment as follows:

    (a) That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Amended Order of Forfeiture shall become final as to the defendant on the date it is entered by the Court, and it shall be made part of the defendant's sentence and shall be included in the defendant's judgment of conviction.

(b) That pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, the defendant shall forfeit to the United States the sum of $13,305 as property, real or personal, which constitutes or is derived from proceeds which the defendant obtained as a result of committing the offense charged in the Information.

(c) That a money judgment in the amount of $13,305 (the "Forfeiture Money Judgment") is hereby entered against the defendant pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461, and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

(d) With fourteen (14) business days from the Court's entry of this Amended Order of Forfeiture, the United States shall initiate action to return the $2,000 overpayment to the defendant and the defendant agrees to provide to the United States the requested information needed to return the $2,000 to the defendant via an electronic funds transfer.

(e) That upon the Court's entry of this Amended Order of Forfeiture, and pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461, all payments made on the Forfeiture Money Judgment shall be forfeited to the United States and the United States shall have clear title to such forfeited property.

(f) That upon the Court's entry of this Amended Order of Forfeiture, and pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461, the United States Marshals Service shall be authorized to dispose of all payments made on the Forfeiture Money Judgment in accordance with law and the terms of this Amended Order of Forfeiture.

3. That this Court shall retain jurisdiction to enforce this Amended Order of Forfeiture, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

ORDERED this 5th day of July, 2022, at Honolulu, Hawaii.

The undersigned hereby consent to
the entry and form of this order:

CLARE E. CONNORS
United States Attorney


_____   Dated: _____7/5/22_____
By: KENNETH M. SORENSON
    MICAH SMITH
    MICHAEL F. ALBANESE
    Assistant U.S. Attorneys


_____   Dated: _____7/5/22_____
RICHARD H. S. SING, Esq.
Attorney for Defendant Jamie Kalani English

_____   Dated: 5 July 2022
JAMIE KALANI ENGLISH
Defendant


/s/ Susan Oki Mollway
U.S. District Judge


USA v. Jamie Kalani English; Criminal No. 22-00012 SOM; "Amended Order of Forfeiture (Money Judgment)"