**Sorenson, Ken (USAHI)**

| | |
|---|---|
| **From:** | Mollway Orders <Mollway_Orders@hid.uscourts.gov> |
| **Sent:** | Tuesday, July 5, 2022 9:11 AM |
| **To:** | ricksing@hawaii.rr.com; Sorenson, Ken (USAHI); Albanese, Michael (USAHI); Smith, Micah (USAHI) |
| **Cc:** | Darsie Ing-Dodson |
| **Subject:** | FW: Sentencing of Kalani English |

**From:** marta greenleaf <greenleaf.maui@yahoo.com>
**Sent:** Saturday, July 2, 2022 2:31 PM
**To:** Mollway Orders <Mollway_Orders@hid.uscourts.gov>
**Subject:** Sentencing of Kalani English

**CAUTION - EXTERNAL:**

Aloha Judge Mollaway:

I'm writing as a Maui resident since 2000. I began farming on Maui in 2004 and have been very active in the local community with Hawaii Farmers Union and other Ag groups.

Kalani English was not everyone's friend on Maui...I watched as those who offered campaign money got his attention and those (like me) got a blank stare.

Kalani was instrumental in the HDoH pronouncement that all Cesspools on Maui must be converted to Septic Systems...that is at least a $300M conversion opportunity for a company or companies...I would not be surprised to find more bribes coming from companies who spearheaded the demand for conversions.

As a farmer, I know what happens when we compost...nothing gets into the ground water 2000' below and if there are not pharmaceuticals, the materials that remain are biomass that feeds the microbes in the soil

The point is Kalani, preyed on the Citizens of Maui for his own gain and the heck with us.

Mahalo
Bill Greenleaf

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.