LAW OFFICE OF RICHARD H.S. SING
RICHARD H.S. SING  6416
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, Hawaii 96813
Telephone: (808) 545-5000
Facsimile: (808) 523-9137
Email: ricksing@hicriminallaw.com
Attorneys for Defendant KALANI ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CASE NO. 22-00012 SOM |
|---|---|
| vs. | **STIPULATION AND ORDER PERMITTING DEFENDANT TO TEMPORARILY LEAVE THE DISTRICT OF HAWAII** |
| JAMIE KALANI ENGLISH<br>Defendant. | |
| | Sentencing: July 5, 2022 |
| | Judge: The Honorable Susan Oki Mollway |

## STIPULATION AND ORDER

The United States of America ("Government") and Defendant JAMIE KALANI ENGLISH, by and through his undersigned attorney (collectively, the "parties"), hereby agree and stipulate to the Defendants' request to leave the District of Hawaii to travel to Los Angeles, State of California on August 11, 2022, and then drive to the State of Oregon to surrender at the minimum-security satellite camp adjacent to the Sheridan Federal Correctional Institution no later than August 16, 2022 at 10am. The

-2-

parties hereby agree to the following terms and conditions:

1.     Defendants' travel shall be for the period of August 11, 2022 to August 16, 2022 and be limited to travel from the State of Hawaii to the State of California, and then to drive to the State of Oregon, with no unreasonable or foreseeable deviations or delays, and

2.     The details of Defendants' travel, to include his itinerary and booking/lodging plans have been provided to U.S. Pretrial Services, and can be provided to the Government or the Court immediately upon request, and

3.     Defendant shall maintain contact with his attorney and U.S. Pretrial Services.

DATED: Honolulu, Hawaii, August 9, 2022.

*/s/ Richard H.S. Sing*
RICHARD H.S. SING
ATTORNEY FOR DEFENDANT

*/s/ Kenneth M. Sorensen*
KENNETH M. SORENSEN
ASSISTANT U.S. ATTORNEY

ERIN PATRICK
U.S. PRETRIAL SERVICES

-3-

APPROVED AND ORDERED:

/s/ Susan Oki Mollway
_____
SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT